UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA SMITH,<br><br>    Plaintiff,<br><br>  v.<br><br>CALSTATE LAND INVESTMENT INC**.,** a California Corporation; MARC V. MORETTI; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01098-WBS-CMK<br><br>**ORDER** |

## **ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  February 6, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

Joint Stipulation for Dismissal          Case: 2:14-CV-01098-WBS-CMK